# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICKY SIMMONS,<br><br>Defendant. | Case No.: '22 MJ1164<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm; |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about October 22, 2021, within the Southern District of California, defendant RICKY SIMMONS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Bushmaster, model XM15-E2S, .223-5.56 caliber, short-barreled rifle with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

_____
Anthony Colon
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of April, 2022.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about October 22, 2021, at approximately 6:00 p.m., a California Highway Patrol ("CHP") Officer responded to a traffic collision that occurred on San Felipe Rd north of State Route 78 in the Southern District of California. Upon arrival, Cal-Fire personnel were treating a male occupant next to the driver's seat of a 2011 Nissan Altima. The driver identified himself as Ricky SIMMONS. SIMMONS stated that he had pulled over on the side of the road in an unknown location when he was shot at by an unknown party. SIMMONS stated he fled the area and eventually crashed at this location. Medics treating SIMMONS found what appeared to be a gunshot wound to his left knee. SIMMONS did not answer any questions. SIMMONS was transferred to the back of an ambulance and transported to the hospital.

Officers searched the Nissan, which was registered to Darnell Green. Responding officers noted four bullet holes in the vehicle: two in the roof, one near the rear window, and one near the right rear window. The bullet hole in the roof and rear window appeared as if they were shot from inside the vehicle. Officers located four spent ammunition casings in the rear floorboard and another spent ammunition casing in the front right door. Officers found a Bushmaster, model XM15-E2S, .223-5.56 caliber, short-barreled rifle with an obliterated serial number in a black bag in the trunk, along with seven unloaded 30-round AR-type magazines, 5 rounds of ammunition, and body armor.

Preliminary records checks revealed that SIMMONS has the following probable criminal history below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/03/1998 | CASC – San Diego | Cal. Penal Code 245(b) – Assault Person w/ Semiauto firearm – used firearm (Felony) | 6 years prison |
| 11/18/2011 | CASC – San Diego | 12021(a)(1) PC, Felon/ETC. Poss. Firearm ; Ct. 2: 12316(b)(1) PC, Prohibited Own/ ETC Ammo/ETC. (fel.). | 2 days jail; 3 years probation |
| 10/28/2015 | CASC – El Cajon | Ct. 1: 2800.2(a) VC, Evade Peace Officer: Disregard Safety (fel); Ct. 2: 23152 (a) VC, DUI Alcohol/Drugs (misd) | 365 days custody; 5 years probation |
| 1/22/2016 | CASC – El Cajon | 12500(a) VC, Driving W/Out Lic. (misd.). | Fine |
| 2/21/2020 | U.S. Dist. Ct. – Southern District of Cal. | 21 U.S.C. 841, 846 – Conspiracy to Distribute Marijuana<br><br>18-CR-2278-CAB | 191 days in prison; 3 years supervised release |

The charged firearm was seized and inspected. A measurement of the rifle revealed a barrel length of less than 16 inches, classifying the firearm as a short-barreled rifle. Additionally, a preliminary function test revealed that the rifle functioned in a manner consistent with that of a machinegun.

Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.