```
                                    FILED
                                   May 04 2022
                                    12:01 pm
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY      s/ gloriav      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR1015 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| RICKY SIMMONS, | |
| Defendant. | |

The grand jury charges:

### Count 1

On or about October 22, 2021, within the Southern District of California, defendant RICKY SIMMONS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Bushmaster, model XM15-E2S, .223-5.56 caliber, short-barreled rifle with obliterated serial number; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

MEH:nlv:San Diego
5/3/22

FORFEITURE ALLEGATIONS

The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1 of this indictment, defendant RICKY SIMMONS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, a Bushmaster, model XM15-E2S, .223-5.56 caliber, short-barreled rifle with obliterated serial number and all ammunition.

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: May 4, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
MEGHAN E. HEESCH
Assistant U.S. Attorneys